IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

APR 23 2026 PM 1:45
FILED - USDC - NDTX - AM

UNITED STATES OF AMERICA

v.

DEMARCUS DASHON TELFORD

NO. 2-26CR-043-Z

## INDICTMENT

The Grand Jury Charges:

Count One
Convicted Felon in Possession of a Firearm
(Violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8))

On or about July 30, 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Demarcus Dashon Telford**, defendant, knowing he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate and foreign commerce a firearm, that is, a Taurus, Model G2C, 9mm caliber, semi-automatic handgun, serial number AEH565078.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8).

**Demarcus Dashon Telford**
**Indictment – Page 1**

<u>Forfeiture Notice</u>
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction of the offense alleged in Count One of this indictment, and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendant **Demarcus Dashon Telford** shall forfeit to the United States of America any firearm involved in or used in the knowing commission of the offense, including, but not limited to, the following: a Taurus, Model G2C, 9mm caliber, semi-automatic handgun, serial number AEH565078; and any additional ammunition, magazines, and accessories recovered with the firearm.

A TRUE BILL:

_____
FOREPERSON

RYAN RAYBOULD
UNITED STATES ATTORNEY

_____
JEFFREY R. HAAG
Assistant United States Attorney
West Texas Branch Chief
Texas State Bar No. 24027064
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:   806-472-7559
Facsimile:   806-472-7394
E-mail:       jeffrey.haag@usdoj.gov

**Demarcus Dashon Telford**
**Indictment – Page 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

DEMARCUS DASHON TELFORD

COUNT 1:   CONVICTED FELON IN POSSESSION OF A FIREARM
Title 18, United States Code, Sections 922(g)(1), 924(a)(8).
FORFEITURE NOTICE
(1 COUNT + FORFEITURE NOTICE)

A true bill rendered:
Amarillo _____ _____ Foreperson
Filed in open court this the 23rd day of April 2026.

_____ Clerk

ARREST WARRANT TO ISSUE

_____
UNITED STATES MAGISTRATE JUDGE

**Demarcus Dashon Telford**
**Indictment – Page 3**